CHRISTINA SULLIVAN CASTRO
CA B# 328326
**HACKING IMMIGRATION LAW, LLC**
10121 Manchester Rd, Suite A,
St. Louis, MO 63122
Telephone: (314) 961-8200
Facsimile: (314) 961-8201
E-mail: csullivan@hackingimmigrationlaw.com

Attorneys for Plaintiff Chenyue Zhu.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHENYUE ZHU,<br><br>               Plaintiffs<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>               Defendants. | Case No.: 5:25-cv-03210-VKD<br><br>**JOINT STATUS REPORT AND STIPULATION TO LIFT STAY OF PROCEEDINGS WITH [PROPOSED] ORDER**<br><br>Re: Dkt. No. 14 |

On July 18, 2025, the Court granted parties' stipulation to stay these proceedings and ordered a status report on or before August 15, 2025. *See* Dkt. No. 13. The Parties file this joint status report and respectfully make a joint request to lift the stay of proceedings.

Plaintiff filed this mandamus action seeking adjudication of her F1 student visa application. The parties stipulate and request that the stay of these proceedings be lifted. The parties further stipulate to the following briefing schedule:

    Defendants file their answer by August 15, 2025;

    Defendants file their motion for summary judgment by September 15, 2025;

    Plaintiff files her response to Defendants' motion by October 13, 2025; and

Defendants may file a reply by October 27, 2025.

In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatures listed herein concur in the filing of this document.

Dated: August 11, 2025                    Respectfully submitted,

**HACKING IMMIGRATION LAW**

*/s/ Christina Sullivan Castro*
CHRISTINA SULLIVAN CASTRO
Attorneys for Plaintiffs


Dated: August 11, 2025                    Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants


## ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   August 12, 2025

*Virginia K. DeMarchi*
HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge